The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 03, 2010, which may be different from its entry on the record.

**IT IS SO ORDERED.**



**Dated: December 03, 2010**

**Arthur I. Harris
United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 PROCEEDING |
| | } | Case #: 07-17744 |
| Tracy N. Sample | } | Judge Arthur I. Harris |
| | } | |
| Debtor, | } | **ORDER GRANTING DEBTOR'S MOTION TO REINSTATE SECTION 362 AUTOMATIC STAY WITH RESPECT TO THIRD FEDERAL SAVINGS & LOAN ASSOCIATION** |

*************************************************************************

This cause came on to be considered this day upon the debtor's Motion to Reinstate Section 362 Automatic Stay with respect to Third Federal Savings & Loan Association heard on November 18, 2010.

The Court finds that the Debtor has alleged that good cause exists for granting the Motion; Debtor, the Trustee, and all other necessary parties were served with the Motion and Notice of hearing date; no objections were filed, and it appears appropriate to grant the motion.

**IT IS SO ORDERED.**

### 

Respectfully Submitted,

Jon Ginter (0078446)
RAUSER & ASSOCIATES

614 W. Superior Ave.
Suite 950
Cleveland, Ohio 44113
(216) 263-6200

## **CERTIFICATE OF SERVICE**

**Debtor:**
Ms. Tracy Sample
21302 Franklin Rd.
Maple Hts., Ohio 44137

**Debtor's Attorney:**
Jon Ginter
614 W. Superior St, Suite 950
Cleveland, Ohio 44113

**Creditor's Attorney:**
Scott Fink, Esq.
WELTMAN WEINBERG & REIS
323 West Lakeside Ave., STE #200
Cleveland, Ohio 44113-1099

**Chapter 13 Trustee:**
Craig Shopneck
200 Public Sq., 3860
Cleveland, Ohio 44114-2321